**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                              Case No.  8:03-cr-458-T-30MAP

**FERMIN ALBERTO GARCIA**
_____

### ORDER DENYING REQUEST TO BE RE-SENTENCED

This cause came on for consideration without oral argument upon Defendant's letter motion (Dkt. #98) requesting to be re-sentenced.  The Defendant was sentenced by this Court on June 23, 2004, to 168 months imprisonment pursuant to his written plea agreement.  Now, almost a year later, Defendant asks to be re-sentenced "pursuant to the intervening changes in the law under Blakely, Booker, FanFan, Shepard, and Apprendi."  None of those cases authorize this Court to re-sentence the Defendant.  Even if Defendant Garcia had attacked his sentence under a Section 2255 motion, it would still fail.

The Eleventh Circuit has followed the Seventh Circuit and concluded that Booker does not apply retroactively to cases on collateral review.  Varela v. United States, 400 F.3d 864 (11th Cir. 2005), McReynolds v. United States, 397 F.3d 479 (7th Cir. 2005).

Therefore, Defendant's motion (Dkt. #98) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on July 1, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2003\03-cr-458.order.frm