# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                        Case No. 8:03-cr-458-T-30MAP

**FERMIN ALBERTO GARCIA**

_____

## ORDER

THIS CAUSE is before the Court upon the petition of Fermin Alberto Garcia (hereinafter "Petitioner" or "Garcia") for a "Writ of Audita Quarela Pursuant to 28 U.S.C. §1651" (Dkt. #118). In support, Petitioner argues:

     1.    "The Court violated the Grand Jury Clause of the 5th Amendment to U.S. Constitution in that a constructive amendment to indictment and/or variance occurred since crimes indicted and pled were not only the factor/facts used to sentence rather additional enhancement of 2 point . . . captain role - was added."

     2.    "Further, I instructed the lawyer/defense counsel to appeal the sentence and conviction, Mr. Todd Seiden, however, did not file a timely appeal on my behalf, the lawyer abandoned me."

The grounds raised by Petitioner are controlled by 28 U.S.C. §2255. The appropriate motion is one to vacate the sentence pursuant to §2255. That section cannot be circumvented by trying to raise the issues in some other guise. In fact, Petitioner has previously filed a §2255 motion (Dkt. #104) with this Court, which was denied as time barred. Even so, the Order (Dkt. #108) did explain why the first ground raised above (which was also raised in his time barred §2255 motion) was groundless.

The present petition is nothing more than a successive §2255 motion under a different label. This petition, like Petitioner's former §2255 Petition, is time barred. Petitioner had until July 12, 2005, to timely file a §2255 petition and did not file this petition until October 30, 2006.

Therefore, Petitioner's motion (Dkt. #118) will be and is hereby DENIED.

**DONE** and **ORDERED** in Tampa, Florida on November 1, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2003\03-cr-458.quarela 118.frm